Commonwealth *v.* Whiting, Appellant.

Argued June 10, 1969. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Paul W. Tressler,* Assist-

ant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.